UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMUL ACTION COMMITTEE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>JONODEV CHAUDHURI, Acting Chairman of the National Indian Gaming Commission, et al.,<br><br>    Defendants.<br>_____ | No. 2:13-cv-01920-KJM-KJN |
| WALTER ROSALES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMY DUTSCHKE, et al.,<br><br>    Defendants. | No. 2:15-cv-01145-JAM-EFB<br><br>RELATED CASE ORDER |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions "involve the same parties and are based on the same or a similar claim," "involve the same property, transaction, or event," and "both actions

1

involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Id.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case No. 2:15-cv-01145-JAM-EFB is reassigned from District Judge John A. Mendez to the undersigned and from Magistrate Judge Edmund F. Brennan to Magistrate Judge Kendall J. Newman.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:15-cv-01145-KJM-KJN.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: October 1, 2015.

_____
UNITED STATES DISTRICT JUDGE

2